No. 846. HARRY T. GRAHAM, INDIVIDUALLY, ETC., *v.* ALFRED I. DUPONT. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Wm. A. Glasgow, Jr.,* and *Mr. Henry P. Brown* for respondent.

---

No. 731. SPERRY OIL & GAS COMPANY ET AL. *v.* PEARL CHISHOLM ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. March 5, 1923. Petition for a writ of certiorari herein granted. *Mr. Preston C. West* and *Mr. Alvin Richards,* for appellants, in support of the petition. *Mr. J. Howard Langley* for appellees.

---

No. 827. EDWARD A. THURSTON, SOLE SURVIVING TRUSTEE, ETC., *v.* BENJAMIN BROWN ET AL. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. William R. Sears* for petitioner. No appearance for respondents.

---

No. 835. JOSEPH PHIPPS ET AL. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. John G. Parkinson* for petitioners. *Mr. W. F. Dickinson, Mr. John E. Dolman* and *Mr. M. L. Bell* for respondent.

---

No. 855. COMMISSIONER OF IMMIGRATION OF THE PORT OF NEW YORK *v.* GITTEL GOTTLIEB ET AL. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for petitioner. *Mr. Joseph G. M.*

*Browne, Mr. Barnett E. Kopelman* and *Mr. J. Philip Berg* for respondents.

---

No. 889. LIBERTY NATIONAL BANK OF ROANOKE, VIRGINIA, *v.* JAMES A. BEAR, TRUSTEE, ETC. March 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. James D. Johnston* for petitioner. *Mr. G. A. Wingfield* for respondent.

---

No. 877. ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY *v.* EDMUND R. WELLS ET AL. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Alexander Britton, Mr. A. H. Culwell, Mr. J. W. Terry* and *Mr. Gardiner Lathrop* for petitioner. *Mr. George E. Wallace* for respondents.

---

No. 897. NASSAU SMELTING & REFINING WORKS *v.* BRIGHTWOOD BRONZE FOUNDRY COMPANY. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Joseph B. Jacobs* for petitioner. *Mr. Harry M. Ehrlich* and *Mr. Henry Lasker* for respondent.

---

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM JANUARY 30, 1923, TO AND INCLUDING APRIL 9, 1923.

No. 751. EMANUEL WALLIN *v.* ROSE EVERETT. February 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Halvor Steenerson* and *Mr. Charles R. Fowler* for petitioner. *Mr. Marshall A. Spooner* and *Mr. Patrick H. Loughran* for respondent.